JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BRASSCRAFT MANUFACTURING COMPANY; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No.: 2:17-cv-00326-RGK-SS <br><br> **ORDER DISMISSING CIVIL ACTION** <br><br> Magistrate Judge: Suzanne H. Segal <br> District Judge: R. Gary Klausner <br> Courtroom: 850 <br> Complaint filed: 12/16/16 <br> Case Removed: 01/13/17 <br> Trial: 01/16/18 |

The Court having been advised by counsel that the above-captioned action has been settled;

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed, with prejudice, in its entirety, including the Complaint. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action. Each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED**:

DATED: September 25, 2017

_____
R. Gary Klausner
United States District Judge

- 1 -
**ORDER DISMISSING CIVIL ACTION**